IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL DI BONA | : |
| | : CIVIL ACTION NO. 16-5400 |
| Plaintiff, | : |
| v. | : |
| CUBESMART, L.P. | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

Plaintiff, Cheryl Di Bona, through her undersigned counsel, hereby voluntarily dismisses the above-captioned action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

CONSOLE MATTACCI LAW, LLC

Date: February 20, 2017        BY: _____
Caren N. Gurmankin, Esquire
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

Attorney for Plaintiff,
Cheryl Di Bona